

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the matter of the Estate of          * From the County Court at
Mary Francine Wren Burkhaulter,            Law No. 2 of Ector County,
deceased,                                  Trial Court No. 20,484-11.

No. 11-14-00161-CV                       * August 21, 2014

                                         * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has considered Travis Burkhaulter's and Kathy Wren's agreed motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.